NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RODOLFO LLAMAS,                        )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-2130
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Pinellas
County; Pat Siracusa, Judge.

Frank W. McDermott and Arthur M. Miksis
of McDermott Law Firm, P.A., St.
Petersburg, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


MORRIS, BLACK, and SALARIO, JJ., Concur.